UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-2098-White

In Re
Sealed Complaint and Affidavit
For Arrest Warrant.
_____/

### MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the attached Complaint and Affidavit for Arrest Warrant, Arrest Warrant, this Motion, and any resulting order be SEALED until further order of this court, for the reason that targets of the investigation might flee, evidence may be destroyed, the integrity of the ongoing investigation might be compromised, and the safety of certain witnesses could be compromised should knowledge of this matter become public.

Respectfully submitted,

JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

By: *[signature]*
MELISSA DAMIAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number 0068063
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9018
FAX (305) 536-4675